```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03839
   ANGELA WALLACE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2327


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/07/2006 and was confirmed 06/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was converted to chapter 7 after confirmation 04/04/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
DOVENMUEHLE MORTGAGE       CURRENT MORTG         .00            .00            .00
DOVENMUEHLE MORTGAGE       MORTGAGE ARRE     1373.90            .00        1373.90
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED             .00            .00            .00
BENEFICIAL FINANCE         UNSECURED        NOT FILED           .00            .00
CARMAX                     UNSECURED        NOT FILED           .00            .00
FIRST USA VISA             UNSECURED        NOT FILED           .00            .00
FLEET VISA CREDIT CARD     UNSECURED        NOT FILED           .00            .00
HARLEM FURNITURE           UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         7734.27            .00        2626.83
AMERICREDIT FINANCIAL SV   SECURED NOT I         .00            .00            .00
RJM AQUISITIONS FUNDING    UNSECURED           76.62            .00          16.76
ROUNDUP FUNDING LLC        UNSECURED         9886.81            .00        3357.91
ILLINOIS HOUSING DEVELOP   NOTICE ONLY      NOT FILED           .00            .00
LEGAL RESCUES              DEBTOR ATTY       2,589.00                      2,589.00
TOM VAUGHN                 TRUSTEE                                           605.55
DEBTOR REFUND              REFUND                                            240.05

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 10,810.00

PRIORITY                                              .00
SECURED                                          1,373.90
UNSECURED                                        6,001.50
ADMINISTRATIVE                                   2,589.00
TRUSTEE COMPENSATION                               605.55
DEBTOR REFUND                                      240.05
                      ---------------        ---------------
TOTALS                  10,810.00                10,810.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 03839 ANGELA WALLACE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/18/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```